HOWARD ALLISON, as RECEIVER OF, ETC., RESPONDENT, *v.* WILLIAM E. WELLER, IMPLEADED WITH THERON WELLER, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court without a jury.

The General Term *held* that the facts were properly found by the court below, and that there was no merit in the objections made to the form of the decree.

*Hulse, Little & Finn*, for the appellant.

*D. D. McKoon*, for the respondent.

Opinion by DONOHUE, J.

Present — TAPPEN and DONOHUE, JJ.

Judgment affirmed, with costs.

---

MARIA T. LORETZ, RESPONDENT, *v.* JOHN M. LORETZ, JR., IMPLEADED, ETC., APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court without a jury.

This appeal presented only questions of fact, and the General Term *held*, that the findings of the court below were fully sustained by the evidence, and affirmed the judgment.

*Tenney & Holt*, for the appellant.

*S. D. Morris*, for the respondent.

Opinion by DONOHUE, J.

Present — BARNARD, P. J., and DONOHUE, J.

Judgment affirmed, with costs.